Charles Branham for use of Brice Squires, appellant, v. Mary L. Gerrard and William Gerrard, appellees.

Assumpsit to recover back an advance payment upon a land contract. Judgment for defendant. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

Rearick & Meeks, for appellant. Charles Troup, for appellees.

Mr. Justice Heard delivered the opinion of the court.

---

John E. Neddermann, appellee, v. City of Pekin, appellant.

Action for personal injuries received by plaintiff when struck by defendant's street car. Judgment for plaintiff. Appeal from the Circuit Court of Tazewell county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed July 10, 1922.

James P. St. Cerny, for appellant; W. J. Reardon, of counsel. Jesse Black, Jr., for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Charles P. Saillard, appellant, v. Frank Schaefer, appellee.

Action for personal injuries due to the breaking of a railing on premises owned by defendant on which plaintiff was a tenant. Judgment for defendant on demurrer. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded with directions. Opinion filed July 10, 1922.

L. E. Stone, for appellant. John P. Snigg, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

John E. Ingersoll, appellee, v. Union Automobile Insurance Association, appellant.

Assumpsit on a policy of fire insurance upon an automobile. Judgment for plaintiff. Appeal from the Circuit Court of Tazewell county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed July 10, 1922.

Kennedy & Kennedy, for appellant; Jesse Black, Jr., of counsel. John T. Culbertson, Jr. and William A. Potts, for appellee.

Mr. Justice Heard delivered the opinion of the court.